**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-26-320-D |
| | ) | |
| EDGAR REQUEJO-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is currently set for trial on September 8, 2026. On August 20, 2026, Defendant filed his Motion to Suppress and Request for Evidentiary Hearing. [Doc. No. 18]. The government's response is due on or before August 29, 2026. The Court anticipates setting a hearing on Defendant's motion to suppress and will require a reasonable amount of time to resolve the motion. Therefore, the Court finds that this case should be continued to the next jury trial docket.

The Speedy Trial Act, 18 U.S.C. §§ 3161-74, is not implicated by a continuance of Defendant's trial under these circumstances. The pendency of the motion to suppress tolls the running of the speedy trial clock from the date of filing through the conclusion of the hearing and a reasonable period of additional time while the motion is under advisement. *See* 18 U.S.C. § 3161(h)(1)(D) and (H). Thus, the Court finds a continuance of this case to the October 13, 2026, trial docket is necessary and appropriate.

**IT IS THEREFORE ORDERED** that this case is **STRICKEN** from the September 8, 2026, trial docket and **RESET** on the Court's October 13, 2026, jury trial

docket. The current deadlines for trial-related filings and submissions are stricken, to be reset.

**IT IS SO ORDERED** this 21st day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE